# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

### No. 201700322

---

## UNITED STATES OF AMERICA
Appellee

v.

## ZAKEE C. HOOD
Lance Corporal (E-3), U.S. Marine Corps
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Jeffery V. Munoz, USMC.
Convening Authority: Commanding Officer, 7th Engineer Support Battalion, 1st Marine Logistics Group, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Michael J. McDonald, USMC.
For Appellant: Lieutenant Commander Jeremy J. Wall, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 12 April 2018

---

Before MARKS, WOODARD, and KOVAC, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court